# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>             Plaintiff,<br><br>    v.<br><br>KEN CLARK,<br><br>             Defendant.<br>_____/ | CASE NO. 1:09-cv-01911-DLB PC<br><br>ORDER DISREGARDING MOTION<br><br>(Doc. 5)<br><br>ORDER DIRECTING CLERK OF COURT TO RE-SERVE JANUARY 12, 2010 ORDER ON PLAINTIFF<br><br>(Doc. 8) |

**Order**

      Plaintiff Edward B. Spencer ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On May 14, 2010, Plaintiff filed a motion requesting a notice of ruling by the Court regarding his motion for remand.  (Doc. 9.) The Court issued an order denying Plaintiff's motion for remand on January 12, 2010.  (Doc. 8.) Accordingly, Plaintiff's motion, filed May 14, 2010, is HEREBY DISREGARDED.

      Because Plaintiff may not have received the Court's January 12, 2010 order, the Court HEREBY DIRECTS the Clerk of the Court to re-serve the Court's January 12, 2010 order on Plaintiff.

      IT IS SO ORDERED.

      Dated:   **May 17, 2010**                /s/ Dennis L. Beck
                                                                 UNITED STATES MAGISTRATE JUDGE